# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK DECLEMENTS

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C08-5001BHS/JKA

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Plaintiff's Objections (Dkt. 23);

The Court adopts the Report and Recommendation; and

This action is **DISMISSED.**

| | |
|---|---|
|   February 3, 2009 |     BRUCE RIFKIN |
| Date | Clerk |
| |     *s/CM Gonzalez* |
| | Deputy Clerk |