UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK J. DECLEMENTS,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Case No. C08-5001BHS

ORDER REMANDING ACTION

    This matter comes before the Court on the order (Dkt. 32) and mandate (Dkt. 33) from the United States Court of Appeals for the Ninth Circuit in the above-captioned case. In its order, the Ninth Circuit vacated this Court's order (Dkt. 25) and ordered that the case be remanded to the ALJ "to select a medical advisor to assist him in determining the date [Plaintiff Mark J.] Declements became disabled." Dkt. 32.

    Therefore, it is hereby **ORDERED** that

    This action is **REMANDED** to the Social Security Administration for further proceedings consistent with this order and the Ninth Circuit's order and mandate (Dkts. 32, 33).

    DATED this 21st day of May, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER