# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK J. DECLEMENTS,

            v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

No. C08-5001BHS

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

This action is **REMANDED** to the Social Security Administration for further proceedings consistent with this order and the Ninth Circuit's order and mandate (Dkts. 32, 33).

| May 21, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                    *s/ Mary Trent*
                                    Deputy Clerk