# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK DECLEMENTS

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5001BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Declements is awarded EAJA fees in the amount of $16,372.40 and expenses in the amount of $681.35, pursuant to 28 U.S.C. § 2412(d).

| July 28, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*S/CM Gonzalez*
Deputy Clerk